10-CV-01882-DOCTRM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIE F. LYLE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. C10-1882-RSL<br><br>ORDER REMANDING CASE |

After careful consideration of plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, the Court does hereby find and ORDER:

(1) The Report and Recommendation is adopted and approved.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 6th day of Sept., 2011.

_____
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING CASE
PAGE - 1